NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Stuart M. Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
T: (818) 205-2466
Stuart@pricelawgroup.com

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HENRY MENDOZA,

Plaintiff(s),

v.

ALLIED INTERSTATE, LLC and SYNCHRONY BANK,

Defendant(s)

CASE NUMBER:

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| HENRY MENDOZA | Plaintiff |
| ALLIED INTERSTATE, LLC | Defendant |
| SYNCHRONY BANK, | Defendant |

05/19/2017
Date

/s/ Stuart Price
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff