JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HENRY MENDOZA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLIED INTERSTATE, LLC and SYNCHRONY BANK,<br><br>　　　　Defendants. | Case No. 8:17-cv-00885-JVS-KES<br><br>**ORDER GRANTING STIPULATION BETWEEN DEFENDANT SYNCHRONY BANK AND PLAINTIFF TO ARBITRATE CLAIMS**<br><br>Hon. Judge James V. Selna<br>Hon. Magistrate Judge Karen E. Scott |

Pursuant to the Stipulation between Plaintiff and defendant Synchrony Bank, it is hereby ordered that Plaintiff's claims against Synchrony be submitted to arbitration, and this case is stayed pending completion of the arbitration. The case shall be removed from the civil active list.

**IT IS SO ORDERED**.

DATED: May 24, 2018

_____
Hon. Judge James V. Selna