Brian Brazier, Esq. (SBN: 245004)
**PRICE LAW GROUP, APC**
8245 North 85th Way
Scottsdale, AZ 85258
T: (818) 600-5587
F: (818) 600-5464
E: brian@pricelawgroup.com

Lauren Tegan Rodkey, Esq. (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com
Attorneys for Plaintiff,
*Henry Mendoza*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY MENDOZA,<br><br>     Plaintiff,<br>v.<br><br>ALLIED INTERSTATE, LLC,<br><br>     Defendant. | **Case No.: 8:17-CV-00885-JVS-KES**<br><br>**PLAINTIFF'S LOCAL RULE 56-1 STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 21, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C<br>Judge: James V. Selna |

Plaintiff, Henry Mendoza, respectfully submits this Statement of Uncontroverted Facts and Conclusions of Law in support of its Motion for Partial Summary Judgment filed concurrently herewith.

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| **1.** On February 28, 2011, Plaintiff Henry Mendoza applied and was approved for a JCPenney-branded credit card ending in "9002" ("JCPenney Credit Card x9002"). | **1.** Exhibit A, Deposition of Henry Mendoza, 84:23-85:15. |
| **2.** Plaintiff listed his cellular telephone number, (714) 600-5187, as his primary telephone number on his JCPenney Credit Card x9002 application. | **2.** Mendoza Depo. 77:2. |
| **3.** In November of 2013, Plaintiff Henry Mendoza applied and was approved for a JC Penney-branded credit card ending in "3032" ("JCPenney Credit Card x3032") | **3.** Mendoza Depo. 89:6-11. |
| **4.** Plaintiff listed his cellular telephone number, (714) 600-5187, as his primary telephone number on his JCPenney Credit Card x3032 application. | **4.** Mendoza Depo. 90:9-14. |
| **5.** On or about November 15, 2015, Synchrony Bank began placing calls to Plaintiff's cellular phone number, (714) 600-5187, in an attempt to collect alleged debts on a number of accounts including the JCPenney Credit Card x9002 and JCPenney Credit Card x3032 accounts. | **5.** Exhibit B, Qorus x9002 and x3032 Account Summary, ALLIED Bates No. 1-8, 81-90; Mendoza Depo. 81:19-22, 90:9-14, 93:25-94:6. |
| **6.** On November 19, 2015, at 9:25 a.m., Plaintiff answered a collection call from Synchrony Bank and unequivocally revoked consent to be called on his cell phone any further. After Plaintiff revoked consent to be called, Synchrony Bank called Plaintiff again that same day. Plaintiff again answered and for a second time unequivocally revoked consent. | **6.** Declaration of Henry Mendoza ¶ 2; Mendoza Depo. 154:24 – 155:4; Exhibit C, Deposition of Sergey Kolosovskiy 140:6-8, 142:2-17; Exhibit D, Recordings of Client Revocations labelled "WM 2015 11 19 call recording" and "PAYPAL REVOCATION recording 2015 11 19 PP." |

| | |
|---|---|
| **7.** Defendant is a debt collector collecting debts for Synchrony Bank. | **7.** Exhibit F, Master Collection Services Agreement, ALLIED Bates No. 160-211. |
| **8.** On or about April 22, 2016, Defendant began placing calls to Plaintiff's cellular phone number (714) 600-5187, in an attempt to collect on debts owed on the JCPenney Credit Card x9002 and JCPenney Credit Card x3032 accounts on behalf of Synchrony. | **8.** Exhibit B, ALLIED Bates No. 1-8, 81-90. |
| **9.** Between April 22, 2016 and June 6, 2016, Defendant placed approximately three hundred and fifty-six (356) collection calls to Plaintiff's cellular phone after Plaintiff unequivocally revoked consent to be called. | **9.** Exhibit B, ALLIED Bates No. 1-8, 81-90. |
| **10.** Defendant placed collection calls to Plaintiff almost every single day. Plaintiff received between four (4) to ten (10) calls per day. | **10.** Exhibit B, ALLIED Bates No. 1-8, 81-90. |
| **11.** Defendant received Plaintiff's phone number from Synchrony Bank. | **11.** Kolosovskiy Depo. 134:24-135:1. |
| **12.** Plaintiff never gave Defendant direct consent to call him on his cellular phone. | **12.** Kolosovskiy Depo. 137:11. |
| **13.** Defendant never spoke to or communicated with Plaintiff regarding getting consent or establishing a contract with Plaintiff. | **13.** Kolosovskiy Depo. 134:24 – 135:25. |
| **14.** Defendant utilized the aQrate phone system since November of 2013 to make outgoing phone calls. | **14.** Kolosovskiy Depo. 28:6-11. |

| | |
|---|---|
| **15.** The aQrate phone system has two dialing modes, Preview Mode and Predictive Mode. In Preview Mode aQrate first selects an agent who is logged in as "ready for work" and puts them on the line. The aQrate system then dials a consumer's number from a phone list. If the system successfully connects to the client, then it will connect the client with the selected agent. | **15.** Kolosovskiy Depo. 36:12-39:17, 44:24-46:24, 143:16. |
| **16.** aQrate's second dialing mode is Predictive Mode. In this mode aQrate first calls the consumer then, if the call connects, puts the consumer on the line. Once this occurs, aQrate then connects an agent logged in as "ready to work" to the call. | **16.** Kolosovskiy Depo. 40:18-41:3, 44:24-46:24, 143:16. |
| **17.** In both dialing modes the aQrate system dials all the calls to the consumers. The agent neither dials the phone numbers nor knows which specific numbers will be called at the time of the call. | **17.** Kolosovskiy Depo. 46:21-24. |
| **18.** The aQrate system works in conjunction with the Qorus database. The Qorus database creates the list of clients from which the aQrate system places its calls. | **18.** Kolosovskiy Depo. 35:1-6. |
| **19.** Qorus automatically generates phone lists for aQrate based on a campaign set by an Allied Interstate, LLC employee in their operations department. These campaigns consist of a strategy pertaining to which consumer Defendant wants to call, what mode to call them in, and how many times to call. | **19.** Kolosovskiy Depo. 52:11-53:21, 144:5-18. |

| | |
|---|---|
| **20.** The data Qorus uses to generate phone lists is received from a software system called Axway. When Synchrony provides information to Defendant, that information is entered into the Axway software first. | **20.** Kolosovskiy Depo. 50:1-11, 51:11-19. |
| **21.** Synchrony has a cell phone scrub policy date March 7, 2016 which labels consumers' cellular numbers by consent status. | **21.** Exhibit E, Synchrony Financial Supplier Business Requirements, ALLIED Bates No. 000155; Kolosovskiy Depo. 104:23-105:5. |
| **22.** Defendant is bound by Synchrony's cell phone scrub policy dated March 7, 2016. | **22.** Exhibit E, ALLIED Bates No. 000155. |
| **23.** Synchrony's cell phone scrub policy dictates that in the FDR account notes "All Non-Consent Accounts will have a 'U' or a 'blank' in the first space of the UPC13 Field… All of these accounts should be worked manually." | **23.** Exhibit E, ALLIED Bates No. 000156; Sergey Kolosovskiy Depo. 123:8-124:8. |
| **24.** In the FDR Account Notes for both Plaintiff's JCPenney Credit Card x9002 and JCPenney Credit Card x3032 accounts, there is a "U" notation next to Plaintiff's cell phone number. The "U" notation was placed next to Plaintiff's cell phone number on April 10, 2016 for the JCPenney Credit Card x9002 account and on March 24, 2016 for the JCPenney x3032 account. | **24.** Declaration of Alla Gulchina ¶ 9, Exhibit B, JCP x9002 and JCP x3032 FDR account notes, ALLIED Bates No. 000025-27, 000030, 000032, 000049, 000053, 000056. |
| **25.** Synchrony's cell phone scrub policy dictates that any mobile phone numbers with the Phone Flag Field listed as "blank" or marked with an "X" should be dialed manually. | **25.** Exhibit F, ALLIED Bates No. 000156. |
| **26.** In the FDR account notes for Plaintiff's JCPenny Credit Card x9002, there is a "X" next to Plaintiff's cell phone number. | **26.** Gulchina Decl. ¶ 9, Exhibit B, ALLIED Bates No. 000047 |

| | |
|---|---|
| **27.** Plaintiff filed a Complaint against Synchrony Bank and Defendant on May 19, 2017. Plaintiff alleged that Synchrony Bank called him fifty-one (51) times in violation of the TCPA. Plaintiff also alleged that Defendant, Allied Interstate, violated the TCPA by calling him three hundred and fifty-six (356) times. | **27.** Doc. 1, Complaint, ¶¶ 22-29. |
| **28.** Synchrony Bank and Plaintiff settled their dispute through arbitration. The parties executed a settlement agreement as to calls made by Synchrony Bank only. The settlement between Synchrony Bank and Plaintiff did not include any claims made against Defendant, Allied Interstate and claims made against Defendant Allied were specifically excepted from the settlement agreement. | **28.** Mendoza Depo. 39:9-49:18. |
| **29.** Plaintiff is the founder and president of his own business, The HTM Company, which he founded with his wife. At the HTM Company, Plaintiff works as a commercial insurance loss inspector. | **29.** Mendoza Decl. ¶ 4; Mendoza Depo. 18:6-22. |
| **30.** Plaintiff incurred debt due to the financial difficulty he was experiencing related to his business around at the beginning of 2015. When Defendant was placing calls to Plaintiff through June of 2016, Plaintiff continued to face financial hardship. Defendant's calls worsened the stress and anxiety Plaintiff was facing. | **30.** Mendoza Decl. ¶ 7; Mendoza Depo. 125:18-24. |
| **31.** Plaintiff uses his personal cellular phone as his work phone and often uses his phone to speak to clients. | **31.** Mendoza Decl. ¶ 5; Mendoza Depo. 26:5-14. |

| | |
|---|---|
| **32.** Defendant's large number of calls to Plaintiff's cellular phone caused him to become uncertain whether the calls were from a client or from Defendant. This caused Plaintiff to lose business as it affected him from answering calls from prospective clients. | **32.** Mendoza Decl. ¶ 6. |
| **33.** Through June of 2016, Plaintiff was on medication for high blood pressure and diabetes. The stress caused by Defendant's calls to Plaintiff exacerbated Plaintiff's symptoms related to these conditions. | **33.** Mendoza Decl. ¶ 8; Mendoza Depo. 146:25-151:6. |
| **34.** As a result of Defendant's calls, Plaintiff experienced migraines, sleeplessness and generalized persistent anxiety which affected his physical and mental health. | **34.** Mendoza Decl. ¶ 9. |
| **35.** Synchrony assigned Plaintiff's JCPenney Credit Card x3032 account to Defendant for collection on April 22, 2016. Synchrony also assigned Plaintiff's JCPenney Credit Card x9002 account to Defendant for collection on May 12, 2016. | **35.** Exhibit B, ALLIED Bates No. 1-8, 81-90. |
| **36.** The aQrate phone system runs twenty-four (24) hours a day, seven (7) days a week and has the capability to dial over 50,000 calls in single day. | **36.** Kolosovskiy Depo. 42:18-19, 143:5-12. |

Respectfully submitted this 23rd day of September 2019.

**PRICE LAW GROUP, APC**

By: /s/ Brian Brazier  
Brian Brazier, Esq.  
E: brian@pricelawgroup.com

By: */s/ Lauren Tegan Rodkey*  
Lauren Tegan Rodkey, Esq.  
E: tegan@pricelawgroup.com

Attorneys for Plaintiff,  
*Henry Mendoza*