1  Brian Brazier, Esq. (SBN: 245004)
   **PRICE LAW GROUP, APC**
2  8245 North 85th Way
   Scottsdale, AZ 85258
3  T: (818) 600-5587
   F: (818) 600-5464
4  E: brian@pricelawgroup.com

5
   Lauren Tegan Rodkey, Esq. CA# 275830)
6  **PRICE LAW GROUP, APC**
   6345 Balboa Blvd, Suite 247
7  Encino, CA 91316
   T: (818) 600-5526
8  F: (818) 600-5426
9  E: tegan@pricelawgroup.com

10 Alla Gulchina, Esq., NJ #003732010
   Admitted *pro hac vice*
11 **PRICE LAW GROUP, APC**
12 86 Hudson Street
   Hoboken, NJ 07030
13 T: (818) 600-5566
   E: alla@pricelawgroup.com
14 *Attorneys for Plaintiff,*
   *Henry Mendoza*
15

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| HENRY MENDOZA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Allied INTERSTATE, LLC<br><br>        Defendant. | **Case No. 8:17-CV-00885-JVS-KES**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Henry Mendoza and Defendant Allied Interstate LLC ("Allied"), have settled Plaintiff's claims of the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act **only** in this matter. The parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal thirty (30) days from the date of this notice. Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Date: November 19, 2019                    PRICE LAW GROUP, APC

By: */s/ Alla Gulchina*
Alla Gulchina, NJ #003732010
Admitted pro hac vice
alla@pricelawgroup.com
Brian J. Brazier, CA #245004
brian@pricelawgroup.com
L. Tegan Rodkey, CA #275830
tegan@pricelawgroup.com
*Attorneys for Plaintiff*
*Henry Mendoza*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

By: /s/ Florence Lirato
Florence Lirato