

FILED

FEB 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

HENRY MENDOZA,

    Plaintiff-Appellant,

v.

ALLIED INTERSTATE LLC,

    Defendant-Appellee,

and

SYNCHRONY BANK,

    Defendant.

No.  19-56357

D.C. No.
8:17-cv-00885-JVS-KES
Central District of California,
Santa Ana

ORDER

Pursuant to the parties' stipulated motion (Docket Entry No. 6), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

SMC/Mediation